# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 4726 | **DATE** | 10/13/2009 |
| **CASE TITLE** | Plumbers and Pipefitters Local Union 630 vs. Allscripts-Misys Healthcare Solutions Inc., et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 10/13/2009. David Robb's motion for appointment as lead Plaintiff and for approval of selection of counsel [17] is granted. David Robb is appointed as lead plaintiff. The Court approves the selection of Coughlin Stoia Geller Rudman & Robbins LLP as lead counsel and Miller Law LLC as liaison counsel for the class. Plaintiffs are given until 11/25/2009 to file a consolidated amended complaint. Defendants' to answer or otherwise plead to the consolidated amended complaint by 1/11/2010. The Court will hold a status hearing in open court on 1/26/2010 at 9:45 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|

Case 1:09-cv-04726　Document 23　Filed 10/13/2009　Page 1 of 1

09C4726 Plumbers and Pipefitters Local Union 630 vs. Allscripts-Misys Healthcare Solutions Inc., et al.　　Page 1 of 1