UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, On Behalf of Itself and All Others Similarly Situated, et al.,<br>Plaintiffs,<br><br>vs.<br><br>ALLSCRIPTS-MISYS HEALTHCARE SOLUTIONS, INC., et al.,<br>Defendants. | No. 1:09-cv-04726<br><br>Judge Ruben Castillo |

**DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendants Allscripts-Misys Healthcare Solutions, Inc., Glen E. Tullman, and William J. Davis (collectively, "Defendants"), by their counsel, hereby move to dismiss Plaintiffs' Second Amended Complaint. In support of their motion, the Defendants submit herewith a Memorandum of Law in Support ("Memorandum") together with supporting documents and further state as follows:

1. As discussed in more detail in the Memorandum, Plaintiffs purport to represent a class of shareholders who purchased the common stock of Allscripts between May 8, 2007 and February 13, 2008 (the "Class Period"), and assert claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j and 78t against the Defendants.

2. As discussed in the Memorandum, this action is governed by the Private Securities Litigation Reform Act, which sets forth exacting pleading standards for all private rights of action brought under the Act. *See* 15 U.S.C. § 78u-4.

3. For all the reasons set forth in the Memorandum, the Second Amended Complaint fails to state a claim under the Reform Act. *First*, as discussed in the Memorandum, Plaintiffs do not allege, with requisite particularity, that the Defendants made any false statements. *Second*, the alleged forward-looking statements and projections were accompanied by meaningful cautionary language and are protected by the Reform Act's Safe Harbor. *Third*, Plaintiffs fail to allege facts giving rise to the required "strong inference" of scienter.

4. For all of these reasons, the Court should dismiss Count I of the Second Amended Complaint, which alleges claims under Section 10(b). *See* 15 U.S.C. § 78u-4(b)(3)(A). In addition, as discussed in the Memorandum, dismissal of Plaintiffs' Section 10(b) claims also mandates dismissal of Count II of the Second Amended Complaint, which alleges claims under Section 20(a) of the Exchange Act.

5. In accordance with the Court's Case Management Procedures on Motion Practice, the Defendants make this motion after informing the Plaintiffs of the legal and factual grounds for this motion, with references to supporting authorities, and making a sincere effort to resolve issues relating to this motion.

WHEREFORE, for the foregoing reasons and for the reasons set forth at length in Defendants' Memorandum, which are incorporated by reference herein, the Defendants respectfully request that the Second Amended Complaint be dismissed with prejudice.

Dated:  June 11, 2010                        Respectfully submitted,

                                         ALLSCRIPTS-MISYS HEALTHCARE
                                         SOLUTIONS, INC., GLEN E. TULLMAN,
                                         AND WILLIAM J. DAVIS


                                         By: __/s/ James W. Ducayet _____
                                         One of the Attorneys for Defendants


Walter C. Carlson
James W. Ducayet
Victor D. Quintanilla
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

**CERTIFICATE OF SERVICE**

I, James W. Ducayet, an attorney, certify that on June 11, 2010, I electronically filed a copy of Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint with the Clerk of the Court using the Court's CM/ECF system which will send notification of the filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/ James W. Ducayet
One of the Attorneys for Defendants
