UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 630 PENSION-ANNUITY TRUST FUND, On Behalf of Itself and All Others Similarly Situated, | ) ) ) ) ) | No. 1:09-cv-04726 <br><br> CLASS ACTION <br><br> Judge Ruben Castillo |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | |
| ALLSCRIPTS-MISYS HEALTHCARE SOLUTIONS, INC., et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

689704_1

1.      Plaintiffs hereby move the Court for entry of an Order: (1) preliminarily approving the Stipulation of Settlement, dated as of March 16, 2012; (2) approving the form and method for providing notice of the settlement to the Class Members; and (3) scheduling a Final Approval Hearing.

2.      This motion is based upon the Stipulation of Settlement and all Exhibits attached thereto, the Memorandum of Points and Authorities in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice ("Notice Order"), all other pleadings and matters of record, and such additional evidence or argument as may be presented at the hearing.

Accordingly, Plaintiffs request that the Court enter the Notice Order, a copy of which is attached hereto.

DATED: March 16, 2012                    MILLER LAW LLC
                                         MARVIN MILLER
                                         LORI A. FANNING
                                         115 South LaSalle Street, Suite 2910
                                         Chicago, IL 60603
                                         Telephone: 312/332-3400
                                         312/676-2676 (fax)

                                         Liaison Counsel

                                         ROBBINS GELLER RUDMAN
                                           & DOWD LLP
                                         JAMES E. BARZ (IL Bar # 6255605)
                                         200 South Wacker Drive, 31st Floor
                                         Chicago, IL 60606
                                         Telephone: 312/674-4674
                                         312/674-4676 (fax)

- 1 -

689704_1

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOY ANN BULL
DEBRA J. WYMAN


               s/ Debra J. Wyman
DEBRA J. WYMAN

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SARAH R. HOLLOWAY
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiff

SUGARMAN & SUSSKIND
HOWARD S. SUSSKIND
100 Miracle Mile, Suite 300
Coral Gables, FL 33134
Telephone: 305/529-2801
305/447-8115 (fax)

Additional Counsel for Plaintiff

- 2 -

689704_1

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 16, 2012.

s/ Debra J. Wyman
DEBRA J. WYMAN

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: debraw@rgrdlaw.com

689704_1

# Mailing Information for a Case 1:09-cv-04726

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James E Barz**
  jbarz@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Joy Ann Bull**
  joyb@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Walter C. Carlson**
  wcarlson@sidley.com,efilingnotice@sidley.com

- **James Wallace Ducayet**
  jducayet@sidley.com,efilingnotice@sidley.com

- **Lori Ann Fanning**
  LFanning@MillerLawLLC.com,MMiller@MillerLawLLC.com,JRamirez@millerlawllc.com

- **Sarah R. Holloway**
  sholloway@rgrdlaw.com

- **Zachary Allen Madonia**
  zmadonia@sidley.com,efilingnotice@sidley.com

- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,ajewell@millerlawllc.com,LFanning@millerlawllc.com,JRamirez@millerlawllc.com

- **Brian O O'Mara**
  briano@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Courtney Ann Rosen**
  crosen@sidley.com,efilingnotice@sidley.com

- **Debra J. Wyman**
  debraw@rgrdlaw.com,stremblay@rgrdlaw.com,ashleyr@rgrdlaw.com,e_file_sd@rgrdlaw.com,nhorstman@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Ashley          M Robinson
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```